MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6838
    Facsimile: (415) 436-7234
    Matthew.McCarthy@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 10-0430-JSW |
|     Plaintiff, ) | [PROPOSED] STIPULATED ORDER CONTINUING CHANGE-OF-PLEA HEARING |
|     v. ) | |
| ABEL CALIZ, ) | **Current Hearing Date:** March 3, 2011<br>Time: 2:00 PM |
|     Defendant. ) | **Proposed Hearing Date:** April 7, 2011<br>Time: 2:00 PM<br>Judge: Hon. Jeffrey S. White |

[PROPOSED] STIPULATED ORDER CONTINUING CHANGE-OF-PLEA HEARING
CR 10-0430-JSW

1  At the parties' request, the Court previously set the above-captioned matter for a
2 change of plea hearing on March 3, 2011.  Due to the illness of counsel, the parties are not
3 currently ready to proceed with the change of plea on the scheduled date.  Counsel for the
4 government has contacted the Court's Clerk, and been informed that the Court's docket has room
5 for a change of plea hearing on April 7, 2011.  Accordingly, the parties now jointly request that
6 the change of plea hearing currently set for March 3, 2011 be continued until April 7, 2011 at
7 2:00 p.m.
8  The parties expect that the defendant will enter into a plea agreement with the
9 United States at that time.  Pursuant to the Court's Standing Order, the parties will submit the
10 proposed plea agreement under separate cover at least twenty-four hours prior to the hearing.
11  Given the illness and unavailability of counsel, the parties stipulate and jointly
12 request that time be excluded from the Speedy Trial Act calculations from March 3, 2011
13 through April 7, 2011 for continuity and effective preparation of counsel.  The parties agree that
14 the ends of justice served by granting such a continuance outweigh the best interests of the
15 public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

17 IT IS SO STIPULATED.

19  MELINDA HAAG
 United States Attorney
20  Northern District of California

21
  3-1-11                                                 /s/
22
 DATED    MATTHEW L. McCARTHY
23     Assistant United States Attorney

25
  3-1-11                                                 /s/
26
 DATED    DAVID J. COHEN
27     Attorney for Abel Caliz

[PROPOSED] STIPULATED ORDER CONTINUING CHANGE-OF-PLEA HEARING
CR 10-0430-JSW                                     1

**[PROPOSED] ORDER**

For good cause shown, the Court will continue the change of plea hearing currently set for March 3, 2011 to April 7, 2011 at 2:00 p.m.

The parties are ordered to provide a copy of the proposed plea agreement to the Court no less than twenty-four hours prior to that hearing.

In addition, for the reasons stated above, the Court finds that an exclusion of time from March 3, 2011 through April 7, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

March 2, 2011
DATED

HON. JEFFREY S. WHITE
United States District Court Judge